# Appendix 5

# NEW YORK POST

### Page Six

SATURDAY, AUGUST 17, 2024 / Cloudy, showers, 85° / Weather: P. 24 | **METRO EDITION** | nypost.com | • • • • • $2.00

14

New York Post, Saturday, August 17, 2024  nypost.com

# House rips EU 'Musk muzzle'

The House Judiciary Committee has slammed the European Union's efforts to "silence great Americans like Elon Musk," and is threatening to investigate their attempted "infringement on free speech," according to letters reviewed by The Post.

On Thursday, committee chair Jim Jordan (lower inset) fired off a missive to EU Commissioner Thierry Breton accusing him of trying to "weaponize" law against Musk (upper inset).



Days earlier, the French politician posted an open letter to X warning Musk against amplifying "hateful content" ahead of a broadcast conversation with former President Donald Trump.

The letter pointed to EU legislation passed in 2022 that makes the owners of social media platforms potentially liable for billions in fines for the "amplification of content which promotes hatred, disorder, incitement to violence or certain instances of disinformation."

Jordan accused Breton, a liberal, of singling out conservatives Musk and Trump and attempting to intimidate them.

"In light of your recent threats of reprisal toward X Corp . . . for facilitating political discourse in the US, we write to demand that you stop any attempt to intimidate individuals or entities engaged in political speech in the United States," he wrote. "Here, government bureaucrats may hot intimidate, coerce, or threaten individuals engaged in free speech."

The European Commission said they had not authorized Breton's letter.

*Lydia Moynihan*

★