AO 120 (Rev. 08/10)

|  |  |
|---|---|
| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Southern District of New York___ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>24-cv-7984 | DATE FILED<br>10/21/2024 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| PLAINTIFF<br>Dow Jones & Company, Inc.<br>and<br>NYP Holdings, Inc. | | DEFENDANT<br>Perplexity AI, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 408,379 | 8/8/1944 | Dow Jones & Company, Inc. |
| 2 | 1,960,159 | 3/5/1996 | Dow Jones & Company, Inc. |
| 3 | 4,297,319 | 3/5/2013 | Dow Jones & Company, Inc. |
| 4 | 4,297,321 | 3/5/2013 | Dow Jones & Company, Inc. |
| 5 | 4,298,327* | 3/5/2013 | Dow Jones & Company, Inc. |

*Additional Trademark Numbers provided on the attached pages.

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

Form AO 120
Listing of Trademark Registration Nos., continued.
-
*Dow Jones & Company, Inc. and NYP Holdings, Inc. v. Perplexity AI*
Civil Action No. 24-cv-7984
U.S. District Court for the Southern District of New York

|    | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|----|-------------------------|-----------------------------|-------------------------------|
| 6  | 3,981,663               | June 21, 2011               | Dow Jones & Company, Inc.     |
| 7  | 4,813,188               | September 15, 2015          | Dow Jones & Company, Inc.     |
| 8  | 1,526,818               | February 28, 1989           | NYP Holdings, Inc.            |
| 9  | 2,213,076               | December 22, 1998           | NYP Holdings, Inc.            |
| 10 | 3,639,502               | June 16, 2009               | NYP Holdings, Inc.            |