UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Civil Action No. 24-cv-7984 <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF DOW JONES & COMPANY, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Dow Jones & Company, Inc. ("Dow Jones") states the following: Dow Jones is an indirect subsidiary of News Corporation, a publicly held corporation. Ruby Newco, LLC, an indirect subsidiary of News Corporation and a non-publicly held corporation, is the direct parent of Dow Jones. News Preferred Holdings, Inc., a subsidiary of News Corporation, is the direct parent of Ruby Newco, LLC. No other publicly traded corporation currently owns ten percent or more of the stock of Dow Jones.

| | |
|---|---|
| Dated:  October 21, 2024 | /s/ *Paul T. Cappuccio* |

William P. Barr* (4087250)
Paul T. Cappuccio (4092508)
   *Counsel of Record*
Justin M. Romeo*
Brett D. Katz (5232632)
Genevieve M. Kelly*
TORRIDON LAW PLLC
801 Seventeenth Street NW, Suite 1100
Washington, DC 20006
Tel: 202.249.6900
pcappuccio@torridonlaw.com

\**Pro hac vice motion forthcoming*

*Counsel for Plaintiffs
Dow Jones & Company, Inc. and
NYP Holdings, Inc.*