UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Civil Action No. 24-cv-7984 <br><br> **RULE 7.1 DISCLOSURE STATEMENT OF NYP HOLDINGS, INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff NYP Holdings, Inc. states that it is a wholly owned subsidiary of News Corporation. News Corporation is a publicly traded corporation. No other publicly held corporation owns 10 percent or more of the stock in NYP Holdings, Inc.

Dated: October 21, 2024

/s/ *Paul T. Cappuccio*
William P. Barr* (4087250)
Paul T. Cappuccio (4092508)
  *Counsel of Record*
Justin M. Romeo*
Brett D. Katz (5232632)
Genevieve M. Kelly*
TORRIDON LAW PLLC
801 Seventeenth Street NW, Suite 1100
Washington, DC 20006
Tel: 202.249.6900
pcappuccio@torridonlaw.com

*Pro hac vice motion forthcoming*

*Counsel for Plaintiffs*
*Dow Jones & Company, Inc. and*
*NYP Holdings, Inc.*

1