AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.<br>*Plaintiff*<br>v.<br>PERPLEXITY AI, INC.<br>*Defendant* | )<br>)<br>)   Case No.   24-cv-7984<br>)<br>) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dow Jones & Company, Inc. and NYP Holdings, Inc.                              .

Date:  10/21/2024

s/Brett D. Katz
*Attorney's signature*

Brett D. Katz (BK6685)
*Printed name and bar number*
Torridon Law PLLC
800 Westchester Avenue
Suite 641n
Rye Brook, NY 10573
*Address*

bkatz@torridonlaw.com
*E-mail address*

(202) 249-6900
*Telephone number*

(202) 249-6899
*FAX number*