AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the Southern District of New York__ on the following

☑ Trademarks or  ☐ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>24-cv-7984 | DATE FILED<br>10/21/2024 | U.S. DISTRICT COURT<br>for the Southern District of New York |
|---|---|---|
| PLAINTIFF<br>Dow Jones & Company, Inc.<br>and<br>NYP Holdings, Inc. | | DEFENDANT<br>Perplexity AI, Inc. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 408,379 | 8/8/1944 | Dow Jones & Company, Inc. |
| 2 | 1,960,159 | 3/5/1996 | Dow Jones & Company, Inc. |
| 3 | 4,297,319 | 3/5/2013 | Dow Jones & Company, Inc. |
| 4 | 4,297,321 | 3/5/2013 | Dow Jones & Company, Inc. |
| 5 | 4,298,327* | 3/5/2013 | Dow Jones & Company, Inc. |

*Additional Trademark Numbers provided on the attached pages.

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Danny Ortiz | (BY) DEPUTY CLERK<br>/s/ P. Canales | DATE<br>10/22/2024 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

Form AO 120
Listing of Trademark Registration Nos., continued.
-
*Dow Jones & Company, Inc. and NYP Holdings, Inc. v. Perplexity AI*
Civil Action No. 24-cv-7984
U.S. District Court for the Southern District of New York

|    | **PATENT OR TRADEMARK NO.** | **DATE OF PATENT OR TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
|----|---------------------------|----------------------------------|-----------------------------------|
| 6  | 3,981,663                 | June 21, 2011                    | Dow Jones & Company, Inc.         |
| 7  | 4,813,188                 | September 15, 2015               | Dow Jones & Company, Inc.         |
| 8  | 1,526,818                 | February 28, 1989                | NYP Holdings, Inc.                |
| 9  | 2,213,076                 | December 22, 1998                | NYP Holdings, Inc.                |
| 10 | 3,639,502                 | June 16, 2009                    | NYP Holdings, Inc.                |