# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:24-CV-07984

Date Filed: 10/21/2024

Plaintiff: **Dow Jones & Company, Inc. and NYP Holdings, Inc.**
vs.
Defendant: **Perplexity AI, Inc.**

**State of New York, County of Albany)ss.:**

For:
Torridon Law PLLC
801 Seventeenth Street NW
Suite 1100
Washingto, DC 20006

Received these papers to be served on **Perplexity AI, Inc.**.

I, Geoffrey Burke, being duly sworn, depose and say that on the **23rd day of October, 2024** at **3:15 pm**, I:

served **Perplexity AI, Inc.** by delivering two true copies of the **SUMMONS; COMPLAINT against Perplexity AI, Inc. with Attachments 1-5; CIVIL COVER SHEET; AO 121 FORM COPYRIGHT; AO 120 FORM TRADEMARK; RULE 7.1 CORPORATE DISCLOSURE STATEMENT** of Dow Jones & Company, Inc.; **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** of NYP Holdings, Inc.; **INDIVIDUAL RULES OF PRACTICE IN CIVIL CASES**, Katherine Polk Failla, United States District Judge; **INDIVIDUAL PRACTICES IN CIVIL CASES BEFORE MAGISTRATE JUDGE GARY STEIN;** and **U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK Electronic Case Filing Rules and Instructions pursuant to New York State Section 306 BCL together with statutory service fee in the amount of $40.00** to **Colleen Banahan** as **Office Assistant 2** of New York State Department of State, 99 Washington Avenue, 6th Floor, Albany, NY 12210. The New York State Department of state being the Registered Agent/Statutory Agent of record of the within named company, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'2", Weight: 200, Hair: Brown, Glasses: N

I certify that I am over the age of 18 and have no interest in the above action. I declare under the penalty of perjury that this information is true.

Geoffrey Burke

Subscribed and Sworn to before me on the 28th day of October, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

Our Job Serial Number: SRN-2024005818
Ref: 1491359

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified In Albany County
My Commission Expires February 28, 2026

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a