UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOW JONES & COMPANY, INC.
and NYP HOLDINGS, INC.,

        Plaintiffs,

v.

PERPLEXITY AI, INC.,

        Defendant.

Case No. 24-cv-7984

**AFFIDAVIT OF
JUSTIN M. ROMEO
IN SUPPORT OF MOTION FOR
ADMISSION PRO HAC VICE**

---

DISTRICT OF COLUMBIA

    I, Justin M. Romeo, being duly sworn, depose and say:

    1.    I am a partner of the law firm Torridon Law PLLC, located at 801 Seventeenth Street NW, Suite 1100, Washington, DC 20006. I respectfully submit this affidavit in support of my motion for admission to appear *pro hac vice* in the above-captioned matter to represent Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc.

    2.    I am a member in good standing of the bars of the Commonwealth of Pennsylvania, Commonwealth of Virginia, and District of Columbia. Certificates of good standing are attached hereto as Exhibit A.

    3.    I am fully familiar with the facts and circumstances of this case.

    4.    There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

November 8, 2024

                                            _____
                                                       Justin M. Romeo

District of Columbia

Signed and sworn to (or affirmed) before me on this 8th day of November, 2024, by Justin M. Romeo

Signature of Notarial Officer: *Joan Moore*

Title of Office: Notary

My Commission Expires: 5/31/2027