# Exhibit A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Justin M. Romeo, Esq.*

DATE OF ADMISSION

*April 22, 2019*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 10, 2024

*Nicole Traini*
Nicole Traini
Chief Clerk

# Supreme Court of Virginia

AT RICHMOND

# Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

Justin Matthew Romeo

was admitted to practice as an attorney and counsellor at the bar of this Court on September 4, 2024.

I further certify that so far as the records of this office are concerned, Justin Matthew Romeo is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 24th day of October
A.D. 2024

By: _____
Deputy Clerk



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Justin Matthew Romeo*

*was duly qualified and admitted on August 1, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 08, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*