UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOW JONES & COMPANY, INC.
and NYP HOLDINGS, INC.,

          Plaintiffs,

    v.

PERPLEXITY AI, INC.,

          Defendant.

Case No. 24-cv-7984

**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE**

The motion of Justin M. Romeo, for admission to practice *pro hac vice* in the above-captioned action, is **GRANTED**.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Pennsylvania, the Commonwealth of Virgina, and the District of Columbia, and that his contact information is as follows:

> Justin M. Romeo
> TORRIDON LAW PLLC
> 801 Seventeenth Street, N.W., Suite 1100
> Washington, D.C. 20006
> Tel: 202-249-6900

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc. in the above-captioned action, **IT IS HEREBY ORDERED** that Applicant is permitted to appear *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ \_\_\_\_, 2024

_____
Hon. Katherine Polk Failla
United States District Judge