UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PERPLEXITY AI, INC., <br><br>Defendant. | Case No. 24-cv-7984 <br><br>**AFFIDAVIT OF GENEVIEVE M. KELLY IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

DISTRICT OF COLUMBIA

I, Genevieve M. Kelly, being duly sworn, depose and say:

1. I am an attorney at the law firm Torridon Law PLLC, located at 801 Seventeenth Street NW, Suite 1100, Washington, DC 20006. I respectfully submit this affidavit in support of my motion for admission to appear *pro hac vice* in the above-captioned matter to represent Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc.

2. I am a member in good standing of the bar of the Commonwealth of Virginia. A certificate of good standing is attached hereto as Exhibit A. My application to the bar of the District of Columbia is currently pending.

3. I am fully familiar with the facts and circumstances of this case.

4. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

November 8, 2024

_____
Genevieve M. Kelly

District of Columbia

Signed and sworn to (or affirmed) before me on this 8th day of November, 2024, by Genevieve M. Kelly.

Signature of Notarial Officer: _Joan Moore_

Title of Office: _Notary_

My Commission Expires: _5/31/2027_

[Notary Seal: JOAN MOORE, NOTARY PUBLIC, DISTRICT OF COLUMBIA, MY COMMISSION EXPIRES 5/31/2027]