UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant. | Case No. 24-cv-7984<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Genevieve M. Kelly, for admission to practice *pro hac vice* in the above-captioned action, is **GRANTED**.

Applicant has declared that she is a member in good standing of the bar of the Commonwealth of Virgina, and that her contact information is as follows:

> Genevieve M. Kelly
> TORRIDON LAW PLLC
> 801 Seventeenth Street, N.W., Suite 1100
> Washington, D.C. 20006
> Tel: 202-249-6900

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc. in the above-captioned action, **IT IS HEREBY ORDERED** that Applicant is permitted to appear *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ ____, 2024

_____
Hon. Katherine Polk Failla
United States District Judge