# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-07984 <br><br> **NOTICE OF APPEARANCE** |

To:   The Clerk of this Court and all parties of record,

**PLEASE TAKE NOTICE** that Cameron J. Gibbs of the law firm Farella Braun + Martel LLP, an attorney admitted to practice in this Court, hereby appears as counsel of record in the above-captioned action for and on behalf of Defendant Perplexity AI, Inc.  The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated:  November 12, 2024                Respectfully Submitted,

                                                              */s/ Cameron J Gibbs*
                                                              Cameron J Gibbs
                                                              Firm Name:  Farella Braun + Martel LLP
                                                              Address:  One Bush Street, Suite 900
                                                              City/State/Zip:  San Francisco, CA 94104
                                                              Telephone: (415) 954-4400
                                                              Facsimile: (415) 954-4480
                                                              Email:  cgibbs@fbm.com

                                                              Attorneys for Defendant,
                                                              PERPLEXITY AI, INC.

45984\17210964.1