

**CAMERON J. GIBBS**
cgibbs@fbm.com
D 415.954.4961

November 12, 2024

*VIA ECF & ELECTRONIC MAIL*

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

      Re:    *Dow Jones & Co., Inc. et al. v. Perplexity AI, Inc.*, No. 1:24-cv-07984-KPF,
             Extension of Time to Respond to Complaint

Dear Judge Failla:

      We represent Defendant Perplexity AI, Inc. ("Perplexity"), in the above-referenced matter. We write to request a 45-day extension of Perplexity's deadline to answer, move, or otherwise respond to the Complaint, from Wednesday, November 13, 2024 to Monday, December 30, 2024.[1] Perplexity very recently obtained counsel to represent it in this litigation, and would benefit from additional time to investigate and prepare a response to the Complaint. Plaintiffs have agreed that we may represent to the Court on their behalf that they do not object to this request for a 45-day extension.

      There have been no prior requests for such an extension. We appreciate Your Honor's consideration of this request.

//

//

//

//

//

---

[1] Forty-five days from the current deadline of November 13, 2024, falls on Saturday, December 28, which would make Monday, December 30, 2024, the new deadline to respond. Fed. R. Civ. P. 6(a)(1).



November 12, 2024  
Page 2

Very truly yours,

*/s/ Cameron J. Gibbs*

Cameron J. Gibbs  
James L. Day (*pro hac vice* forthcoming)  
Eugene Y. Mar (*pro hac vice* forthcoming)  
Michelle Kao (*pro hac vice* forthcoming)  
FARELLA BRAUN + MARTEL LLP  
One Bush Street, Suite 900  
San Francisco, CA 94104  
Telephone: (415) 954-4400  
Facsimile: (415) 954-4480  
cgibbs@fbm.com  
jday@fbm.com  
emar@fbm.com  
mkao@fbm.com

cc:     All Counsel of Record (via ECF)

45984\17206801.4