UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant. | Case No. 1:24-cv-07984-KPF<br><br>**CERTIFICATE OF SERVICE** |

I, Genevieve M. Kelly, declare under penalty of perjury that on November 12, 2024, I served a copy of the Motion of Justin M. Romeo to Appear *Pro Hac Vice* upon Defendant Perplexity AI, Inc. by emailing the motion and all supporting papers filed in this matter under ECF Dkt. No. 13 to Defendant's counsel, Mr. Eugene Mar and Mr. Cameron Gibbs, both of Farella Braun + Martel, at emar@fbm.com and cgibbs@fbm.com, respectively. I further certify that Defendant's counsel consented to service of these documents by email.

Dated: November 13, 2024
Washington, D.C.

Respectfully submitted,

By: *s/ Genevieve M. Kelly*
　　Genevieve M. Kelly
　　TORRIDON LAW PLLC
　　801 17th Street, N.W., Suite 1100
　　Washington, DC 20006
　　Telephone: (202) 249-6900
　　gkelly@torridonlaw.com

　　*Attorney for Plaintiffs*