UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>PERPLEXITY AI, INC.,<br><br>    Defendant. | Case No. 1:24-cv-07984-KPF<br><br>**CERTIFICATE OF SERVICE** |

  I, Genevieve M. Kelly, declare under penalty of perjury that on November 12, 2024, I served a copy of the Motion of Genevieve M. Kelly to Appear *Pro Hac Vice* by emailing the motion and all supporting papers filed in this matter under ECF Dkt. No. 14 to Defendant's counsel, Mr. Eugene Mar and Mr. Cameron Gibbs, both of Farella Braun + Martel, at emar@fbm.com and cgibbs@fbm.com, respectively. I further certify that Defendant's counsel consented to service of these documents by email.

Dated: November 13, 2024
    Washington, D.C.

            Respectfully submitted,

            By: *s/ Genevieve M. Kelly*
               Genevieve M. Kelly
               TORRIDON LAW PLLC
               801 17th Street, N.W., Suite 1100
               Washington, DC 20006
               Telephone: (202) 249-6900
               gkelly@torridonlaw.com

               *Attorney for Plaintiffs*