# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Case No. 24-cv-7984-KPF <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, William P. Barr, hereby move this Court for an Order for Admission to Practice *pro hac vice* to appear as counsel for Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc. in the above-captioned case.

I am a member in good standing of the bars of the Commonwealth of Virginia, the District of Columbia, and the State of New York, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  November 15, 2024
       Washington, D.C.

Respectfully submitted,

By: *s/ William P. Barr*
    William P. Barr
    TORRIDON LAW PLLC
    801 Seventeenth Street, N.W., Suite 1100
    Washington, D.C. 20006
    Tel:  202-249-6900
    ecf@torridonlaw.com