# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>PERPLEXITY AI, INC., <br><br>Defendant. | Case No. 24-cv-7984 <br><br>**AFFIDAVIT OF WILLIAM P. BARR IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

DISTRICT OF COLUMBIA

I, William P. Barr, being duly sworn, depose and say:

1. I am a partner of the law firm Torridon Law PLLC, located at 801 Seventeenth Street NW, Suite 1100, Washington, DC 20006. I respectfully submit this affidavit in support of my motion for admission to appear *pro hac vice* in the above-captioned matter to represent Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc.

2. I am a member in good standing of the bars of the Commonwealth of Virginia, District of Columbia, and State of New York. Certificates of good standing are attached hereto as Exhibit A.

3. I am fully familiar with the facts and circumstances of this case.

4. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

November 15, 2024

_____
William P. Barr

District of Columbia

Signed and sworn to (or affirmed) before me on this 15th day of November, 2024, by William P. Barr.

Signature of Notarial Officer: _Joan Moore_

Title of Office: _Notary_

My Commission Expires: _5/31/2027_