# Exhibit A

# Supreme Court of Virginia

**AT RICHMOND**

## Certificate

I, Muriel-Theresa Pitney, Clerk of the Supreme Court of Virginia, do hereby certify that

William Pelham Barr

was admitted to practice as an attorney and counsellor at the bar of this Court on June 6, 1977.

I further certify that so far as the records of this office are concerned, William Pelham Barr is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 24th day of October

A.D. 2024

By: _[signature]_
*Deputy Clerk*



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *William P Barr*

*was duly qualified and admitted on June 1, 1978 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 13, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

*I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## William P. Barr

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **October 21, 2002**, *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on November 13, 2024.*

*Clerk of the Court*

CertID-00200341