# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,

                Plaintiffs,

      v.

PERPLEXITY AI, INC.,

                Defendant.

Civil Action No. 1:24-cv-07984

**MOTION FOR ADMISSION PRO HAC VICE**

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Michelle Kao, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Perplexity AI, Inc. in the above-captioned action.

Dated:  November 21, 2024

Respectfully Submitted,

         */s/ Michelle Kao*

Michelle Kao (CA SBN: 322758)
Applicant's Name:  Michelle Kao
Firm Name:  Farella Braun + Martel LLP
Address:  One Bush Street, Suite 900
City/State/Zip:  San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email:  mkao@fbm.com

Attorneys for Defendant,
PERPLEXITY AI, INC.