## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PERPLEXITY AI, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:24-cv-07984 |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

　　I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: November 8, 2024

Respectfully Submitted,

*Michelle Kao*
Michelle Kao (CA SBN: 322758)
Applicant's Name: Michelle Kao
Firm Name: Farella Braun + Martel LLP
Address: One Bush Street, Suite 900
City/State/Zip: San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: mkao@fbm.com

Attorneys for Defendant,
PERPLEXITY AI, INC.

JERODINHO FLORELY
Notary Public - State of Florida
Commission # HH 320017
Expires on October 9, 2026

Notarized remotely online using communication technology via Proof.

*Jerodinho Florely*

45984\17202247.1