## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>          Plaintiffs,<br><br>    v.<br><br>PERPLEXITY AI, INC.,<br><br>          Defendant. | Civil Action No. 1:24-cv-07984<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, James L. Day, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Perplexity AI, Inc. in the above-captioned action.

Dated: November 21, 2024                  Respectfully Submitted,

                                                          */s/ James L. Day*
                                          James L. Day (CA SBN: 197158)
                                          Applicant's Name: James L. Day
                                          Firm Name: Farella Braun + Martel LLP
                                          Address: One Bush Street, Suite 900
                                          City/State/Zip: San Francisco, CA 94104
                                          Telephone: (415) 954-4400
                                          Facsimile: (415) 954-4480
                                          Email: jday@fbm.com

                                          Attorneys for Defendant,
                                          PERPLEXITY AI, INC.