IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-07984 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: November 11, 2024

Respectfully Submitted,

James L. Day (CA SBN: 197158)
Applicant's Name: James L. Day
Firm Name: Farella Braun + Martel LLP
Address: One Bush Street, Suite 900
City/State/Zip: San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: jday@fbm.com

Attorneys for Defendant,
PERPLEXITY AI, INC.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA         )
                            ): ss.
COUNTY OF San Francisco     )

Subscribed and sworn to (or affirmed) before me on this **11th** day of **November**, 20**24** by **James L. Day**, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____        (Seal)
Signature of Notary Public

JOCELYN YUNZAL
Notary Public - California
San Francisco County
Commission # 2361646
My Comm. Expires Jul 14, 2025

10612\4643590.1