# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-07984 <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Eugene Y. Mar, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Perplexity AI, Inc. in the above-captioned action.

Dated:  November 21, 2024                     Respectfully Submitted,


                                             */s/ Eugene Y. Mar*
                                             Eugene Y. Mar (CA SBN: 227071)
                                             Applicant's Name:  Eugene Y. Mar
                                             Firm Name:  Farella Braun + Martel LLP
                                             Address:  One Bush Street, Suite 900
                                             City/State/Zip:  San Francisco, CA 94104
                                             Telephone: (415) 954-4400
                                             Facsimile: (415) 954-4480
                                             Email:  emar@fbm.com

                                             Attorneys for Defendant,
                                             PERPLEXITY AI, INC.

45984\17202271.2