IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>       Defendant. | Civil Action No. 1:24-cv-07984 |

### AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated: November 8, 2024

Respectfully Submitted,

*[signature]*

Eugene Y. Mar (CA SBN: 227071)
Applicant's Name: Eugene Y. Mar
Firm Name: Farella Braun + Martel LLP
Address: One Bush Street, Suite 900
City/State/Zip: San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: emar@fbm.com

Attorneys for Defendant,
PERPLEXITY AI, INC.

45984\17202304.1

## JURAT

State of California              )
                                 )    ss:
County of _____        )


Subscribed and sworn to (or affirmed) before me on this ___ day of _____, 2024, by EUGENE Y. MAR, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**SEE ATTACHED CALIFORNIA COMPLIANT NOTARY CERTIFICATE**

_____
Signature

(Notary Seal)

# CALIFORNIA JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA }

COUNTY OF _San Mateo_ }

Subscribed and sworn to (or affirmed) before me on this _8th_ day of _November, 2024_

by _Eugene Y. Mar_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature: _[signature]_

Seal: MATT G. MILLER, Comm. #2355268-Mfr. #NNA1, Notary Public, CALIFORNIA, San Francisco County, My Comm. Exp. May 18, 2025

--------- OPTIONAL ---------

Though this section is optional, completing this information can deter alteration of the document or fraudulent attachment of this form to an unintended document.

Description of Attached Document: _Affidavit in support_

Title or Type of Document: _Affidavit_

Document Date: _11/8/2024_

Number of Pages: _2_

Name(s) of Signers Other Than Named Above: _____

Matt Miller Mobile Notary          415-448-7343          www.mmmobilenotary.net