## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>           Plaintiff,<br><br>      v.<br><br>PERPLEXITY AI, INC.,<br><br>           Defendant. | Civil Action No. 1:24-cv-07984 |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Eugene Y. Mar, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name:  Eugene Y. Mar

Firm Name:  Farella Braun + Martel LLP

Address:  One Bush Street, Suite 900

City/State/Zip:  San Francisco, CA 94104

Telephone: (415) 954-4400

Facsimile: (415) 954-4480

Email:  emar@fbm.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Perplexity AI, Inc. in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
                                                                Hon. Katherine Polk Failla
                                                                United States District Judge