# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-07984 |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Dated:  November 8, 2024

Respectfully Submitted,

*Michelle Kao*

Michelle Kao (CA SBN: 322758)
Applicant's Name:  Michelle Kao
Firm Name:  Farella Braun + Martel LLP
Address:  One Bush Street, Suite 900
City/State/Zip:  San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email:  mkao@fbm.com

Attorneys for Defendant,
PERPLEXITY AI, INC.

**JERODINHO FLORELY**
Notary Public - State of Florida
Commission # HH 320017
Expires on October 9, 2026

Notarized remotely online using communication technology via Proof.

*Jerodinho Florely*