IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>     Plaintiffs,<br><br>     v.<br><br>PERPLEXITY AI, INC.,<br><br>     Defendant. | Civil Action No. 1:24-cv-07984<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Eugene Y. Mar, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Perplexity AI, Inc. in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 3, 2024

                Respectfully Submitted,

                  */s/ Eugene Y. Mar*
                Eugene Y. Mar (CA SBN: 227071)
                Applicant's Name: Eugene Y. Mar
                Firm Name: Farella Braun + Martel LLP
                Address: One Bush Street, Suite 900
                City/State/Zip: San Francisco, CA 94104
                Tel.: (415) 954-4400; Fax: (415) 954-4480
                Email: emar@fbm.com

                Attorneys for Defendant, PERPLEXITY AI, INC.