IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PERPLEXITY AI, INC.,<br><br>Defendant. | Civil Action No. 1:24-cv-07984 |

**ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE**

The motion of James L. Day to appear Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

    Applicant's Name:  James L. Day

    Firm Name:  Farella Braun + Martel LLP

    Address:  One Bush Street, Suite 900

    City/State/Zip:  San Francisco, CA 94104

    Telephone: (415) 954-4400

    Facsimile: (415) 954-4480

    Email:  jday@fbm.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Perplexity AI, Inc. in the above entitled action;

45984\17202314.3

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

_____
Hon. Katherine Polk Failla
United States District Judge