# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PERPLEXITY AI, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:24-cv-07984 |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

The motion of James L. Day to appear Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

　　Applicant's Name:  James L. Day

　　Firm Name:  Farella Braun + Martel LLP

　　Address:  One Bush Street, Suite 900

　　City/State/Zip:  San Francisco, CA 94104

　　Telephone: (415) 954-4400

　　Facsimile: (415) 954-4480

　　Email:  jday@fbm.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Perplexity AI, Inc. in the above entitled action;

45984\17202314.3

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

```
The Clerk of Court is directed to terminate the pending motion
at docket entry 30.
```

Dated: December 4, 2024
New York, New York

                                             _____
                                             Hon. Katherine Polk Failla
                                             United States District Judge