**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DOW JONES & COMPANY, INC. and NYP
HOLDINGS, INC.,

                     Plaintiffs,

      v.

PERPLEXITY AI, INC.,

                     Defendant.

Civil Action No. 1:24-cv-07984-KPF

**DEFENDANT'S RULE 7.1**
**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Perplexity AI, Inc. ("Perplexity") (a private non-governmental party) certifies as follows.

The following are wholly owned subsidiaries or corporate affiliates of Perplexity: Perplexity AI Portugal, Unipessoal LDA; Perplexity AI Ltd.; Perplexity Management Co., LLC; and Perplexity F7 Fund I LP. Perplexity has no parent corporation, and no publicly held corporation owns 10 percent or more of Perplexity's stock.

Dated:  December 5, 2024

Respectfully submitted,

By:  /s/ *Michelle Kao*
     Michelle Kao (*pro hac vice*)

Cameron J. Gibbs
James L. Day (*pro hac vice*)
Eugene Y. Mar (*pro hac vice*)
Michelle Kao (*pro hac vice*)
FARELLA BRAUN + MARTEL LLP
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
cgibbs@fbm.com
jday@fbm.com
emar@fbm.com
mkao@fbm.com

*Attorneys for Defendant Perplexity AI, Inc.*