# Appendix 1

# Torridon Law PLLC

801 17th Street NW, Suite 1100
Washington, DC 20006
(202) 249-6900

July 9, 2024

**Via Email and Overnight Mail**
Mr. Aravind Srinivas
Chief Executive Officer
Perplexity
575 Market Street
San Francisco, CA 94105

Dear Mr. Srinivas:

We at Torridon Law PLLC represent News Corp with respect to legal and related business issues raised by AI, including Perplexity's products.

You are no doubt aware of the copyright, trademark, DMCA and unfair competition issues that are raised by your company's use of AI, as well as the serious allegations concerning Perplexity's and/or its authorized agents' conduct in bypassing Robots Exclusion Protocols and other measures that protect the misappropriation of content.

News Corp (including its subsidiaries Dow Jones, News UK, News Corp Australia and the New York Post) is serious about enforcing its legitimate rights in these regards and protecting its business from improper uses of AI and inappropriate measures to misappropriate its content.  But News Corp is also not "anti-AI."  There are sensible ways to give AI providers lawful, direct and timely access to News Corp's premium content, in a manner that greatly improves AI responses, while also establishing guardrails around the development and use of AI that respect News Corp's important legal and business interests, as well as compensating News Corp fairly for the utilization of its content.  As one example, I am sure you have read about News Corp's agreement with OpenAI, which OpenAI describes as a "landmark multi-year global partnership with News Corp . . . to support the highest journalistic standards and enrich our products with its premium journalism."

We request a meeting to discuss your access to and use of News Corp content.  It may be possible to reach an agreement to improve the functionality of Perplexity AI, protect News Corp's legitimate and important business interests, and compensate News Corp for the utilization of its content.

If we fail to reach a mutually-beneficial agreement, News Corp will pursue its litigation strategy.  However, we can likely do more for each other, consumers, and innovation by first attempting to reach fair marketplace agreements rather than proceeding to costly litigation.

We look forward to your response.

Sincerely,

*[signature]*

William P. Barr