# Appendix 2

# perplexity

Dmitry Shevelenko <REDACTED>

## Letter from Bill Barr to Aravind Srinivas

**Dmitry Shevelenko** <REDACTED>   Tue, Jul 9, 2024 at 12:20 PM
To: "Justin M. Romeo" <JRomeo@torridonlaw.com>, Aravind Srinivas <REDACTED>

+Aravind Srinivas
Thanks Justin for reaching out.  We'd love to engage with News Corp to share more about Perplexity's Select Publisher Program and our first-of-its-kind revenue sharing model.  Can you connect us with the right business contacts on the News Corp team?
Best,
Dmitry

On Tue, Jul 9, 2024 at 12:12 PM Justin M. Romeo <JRomeo@torridonlaw.com> wrote:

> Mr. Shevelenko:
>
> Attached is a letter from former Attorney General Barr to Aravind Srinivas.  If you could please forward to Mr. Srinivas and confirm receipt.
>
> Best,
>
> **Justin M. Romeo**
>
> Partner
>
> **TORRIDON LAW PLLC**
>
> 801 17th Street NW, Suite 1100, Washington, DC 20006
>
> Tel: 202.249.6900 • Direct: 202.249.6653
>
> jromeo@torridonlaw.com • www.torridonlaw.com
>
> **Confidentiality Notice:**
>
> The contents of this e-mail and any attachments are confidential and may be legally privileged, and intended solely for the addressee. If you are not the intended recipient, be advised that any use, dissemination, distribution, storage (including electronic) or copying of this e-mail is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately by reply e-mail and destroy the message and its attachments.