# Appendix 3

# APPENDIX 3
## Select List of Copyright Registrations – Plaintiff Dow Jones & Company, Inc.

| COPYRIGHT REG. NO. | TITLE OF WORK | AUTHOR OF WORK | PUBLICATION DATES FOR REGISTERED CONTENT |
|---|---|---|---|
| TX 6-772-937 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2011 |
| TX 6-776-272 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 28, 2011 |
| TX 6-776-203 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2011 |
| TX 6-776-155 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2011 |
| TX 6-779-043 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2011 |
| TX 6-779-102 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2011 |
| TX 6-790-065 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2011 |
| TX 6-573-139 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2011 |
| TX 6-787-594 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2011 |
| TX 6-573-130 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2011 |
| TX 6-788-044 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2011 |
| TX 6-573-133 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2011 |
| TX 6-789-325 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2012 |
| TX 6-789-372 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 29, 2012 |
| TX 6-790-184 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2012 |

| | | | |
|---|---|---|---|
| TX 6-788-787 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2012 |
| TX 6-790-150 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2012 |
| TX 6-612-272 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2012 |
| TX 6-573-085 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2012 |
| TX 6-573-046 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2012 |
| TX 6-573-051 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2012 |
| TX 7-754-940 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2012 |
| TX 7-913-047 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2012 |
| TX 7-724-945 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2012 |
| TX 7-778-682 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2013 |
| TX 8-065-069 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 28, 2013 |
| TX 7-902-530 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2013 |
| TX 7-781-368 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2013 |
| TX 7-878-865 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2013 |
| TX 7-761-598 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2013 |
| TX 8-515-851 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2013 |
| TX 7-883-809 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2013 |

| | | | |
|---|---|---|---|
| TX 7-881-754 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2013 |
| TX 7-901-390 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2013 |
| TX 7-972-130 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2013 |
| TX 7-900-559 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2013 |
| TX 8-001-588 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2014 |
| TX 7-974-549 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 28, 2014 |
| TX 7-945-932 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2014 |
| TX 7-928-162 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2014 |
| TX 7-967-449 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2014 |
| TX 7-966-040 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2014 |
| TX 8-064-334 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2014 |
| TX 8-070-670 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2014 |
| TX 8-084-829 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2014 |
| TX 8-107-876 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2014 |
| TX 8-146-666 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2014 |
| TX 8-111-146 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2014 |
| TX 8-186-011 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2015 |

| | | | |
|---|---|---|---|
| TX 8-063-617 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 28, 2015 |
| TX 8-161-998 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2015 |
| TX 8-162-004 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2015 |
| TX 8-180-741 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2015 |
| TX 8-183-720 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2015 |
| TX 8-233-067 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2015 |
| TX 8-227-334 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2015 |
| TX 8-240-498 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2015 |
| TX 8-240-824 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2015 |
| TX 8-255-926 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2015 |
| TX 8-268-582 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2015 |
| TX 8-263-519 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2016 |
| TX 8-268-646 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 29, 2016 |
| TX 8-264-106 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2016 |
| TX 8-337-793 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2016 |
| TX 8-315-702 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2016 |
| TX 8-315-431 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2016 |

| | | | |
|---|---|---|---|
| TX 8-309-075 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2016 |
| TX 8-282-498 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2016 |
| TX 8-285-190 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2016 |
| TX 8-363-355 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2016 |
| TX 8-352-407 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2016 |
| TX 8-371-327 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2016 |
| TX 8-382-178 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2017 |
| TX 8-382-262 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 28, 2017 |
| TX 8-396-879 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2017 |
| TX 8-462-153 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2017 |
| TX 8-457-158 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2017 |
| TX 8-472-157 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2017 |
| TX 8-472-308 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2017 |
| TX 8-492-464 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2017 |
| TX 8-475-806 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2017 |
| TX 8-492-559 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2017 |
| TX 8-572-165 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2017 |

| | | | |
|---|---|---|---|
| TX 8-572-020 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2017 |
| TX 8-532-080 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2018 |
| TX 8-532-122 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 28, 2018 |
| TX 8-547-957 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2018 |
| TX 8-575-789 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2018 |
| TX 8-575-812 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2018 |
| TX 8-603-760 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2018 |
| TX 8-620-394 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2018 |
| TX 8-728-043 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2018 |
| TX 8-731-463 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2018 |
| TX 8-731-499 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2018 |
| TX 8-714-582 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2018 |
| TX 8-733-860 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2018 |
| TX 8-733-871 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2019 |
| TX 8-733-892 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 28, 2019 |
| TX 8-733-894 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2019 |
| TX 8-733-896 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2019 |

| | | | |
|---|---|---|---|
| TX 8-733-764 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2019 |
| TX 8-801-928 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2019 |
| TX 8-806-104 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2019 |
| TX 8-804-085 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2019 |
| TX 8-821-692 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2019 |
| TX 8-825-743 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2019 |
| TX 8-828-693 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2019 |
| TX 8-832-446 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2019 |
| TX 8-861-412 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2020 |
| TX 8-861-444 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 29, 2020 |
| TX 8-865-172 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2020 |
| TX 8-876-066 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2020 |
| TX 8-884-860 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2020 |
| TX 8-887-049 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2020 |
| TX 8-890-449 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2020 |
| TX 8-905-967 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2020 |
| TX 8-909-398 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2020 |

| | | | |
|---|---|---|---|
| TX 8-917-986 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2020 |
| TX 8-923-064 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2020 |
| TX 8-931-099 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2020 |
| TX 8-939-452 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2021 |
| TX 8-950-348 | The Wall Street Journal | Dow Jones & Company, Inc. | February 2 - 28, 2021 |
| TX 8-960-365 | The Wall Street Journal | Dow Jones & Company, Inc. | March 3 - 31, 2021 |
| TX 8-969-760 | The Wall Street Journal | Dow Jones & Company, Inc. | April 4 - 30, 2021 |
| TX 8-982-488 | The Wall Street Journal | Dow Jones & Company, Inc. | May 5 - 31, 2021 |
| TX 8-994-124 | The Wall Street Journal | Dow Jones & Company, Inc. | June 6 - 30, 2021 |
| TX 9-005-284 | The Wall Street Journal | Dow Jones & Company, Inc. | July 7 - 31, 2021 |
| TX 9-029-680 | The Wall Street Journal | Dow Jones & Company, Inc. | August 8 - 31, 2021 |
| TX 9-063-457 | The Wall Street Journal | Dow Jones & Company, Inc. | September 9 - 30, 2021 |
| TX 9-075-551 | The Wall Street Journal | Dow Jones & Company, Inc. | October 10 - 31, 2021 |
| TX 9-101-402 | The Wall Street Journal | Dow Jones & Company, Inc. | November 11 - 30, 2021 |
| TX 9-118-123 | The Wall Street Journal | Dow Jones & Company, Inc. | December 12 - 31, 2021 |
| TX 9-127-443 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2022 |
| TX 9-138-707 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 28, 2022 |

| | | | |
|---|---|---|---|
| TX 9-144-721 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2022 |
| TX 9-153-361 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2022 |
| TX 9-166-864 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2022 |
| TX 9-172-728 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2022 |
| TX 9-184-584 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2022 |
| TX 9-191-556 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2022 |
| TX 9-206-358 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2022 |
| TX 9-222-534 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2022 |
| TX 9-250-654 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2022 |
| TX 9-261-204 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2022 |
| TX 9-269-858 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2023 |
| TX 9-274-182 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 28, 2023 |
| TX 9-283-585 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2023 |
| TX 9-284-146 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2023 |
| TX 9-293-610 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2023 |
| TX 9-301-320 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2023 |
| TX 9-306-353 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2023 |

| | | | |
|---|---|---|---|
| TX 9-318-430 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2023 |
| TX 9-331-047 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2023 |
| TX 9-334-443 | The Wall Street Journal | Dow Jones & Company, Inc. | October 1 - 31, 2023 |
| TX 9-342-557 | The Wall Street Journal | Dow Jones & Company, Inc. | November 1 - 30, 2023 |
| TX 9-360-514 | The Wall Street Journal | Dow Jones & Company, Inc. | December 1 - 31, 2023 |
| TX 9-373-646 | The Wall Street Journal | Dow Jones & Company, Inc. | January 1 - 31, 2024 |
| TX 9-382-425 | The Wall Street Journal | Dow Jones & Company, Inc. | February 1 - 29, 2024 |
| TX 9-392-192 | The Wall Street Journal | Dow Jones & Company, Inc. | March 1 - 31, 2024 |
| TX 9-408-932 | The Wall Street Journal | Dow Jones & Company, Inc. | April 1 - 30, 2024 |
| TX 9-413-281 | The Wall Street Journal | Dow Jones & Company, Inc. | May 1 - 31, 2024 |
| TX 9-425-536 | The Wall Street Journal | Dow Jones & Company, Inc. | June 1 - 30, 2024 |
| TX 9-429-903 | The Wall Street Journal | Dow Jones & Company, Inc. | July 1 - 31, 2024 |
| TX 9-442-680 | wsj.com | Dow Jones & Company, Inc. | July 22 - July 31, 2024 |
| TX 9-436-972 | The Wall Street Journal | Dow Jones & Company, Inc. | August 1 - 31, 2024 |
| TX 9-445-492 | wsj.com | Dow Jones & Company, Inc. | August 1 - 31, 2024 |
| TX 9-447-215 | The Wall Street Journal | Dow Jones & Company, Inc. | September 1 - 30, 2024 |
| TX 9-444-230 | wsj.com | Dow Jones & Company, Inc. | September 1 - 30, 2024 |