# Appendix 4

**APPENDIX 4**
**Select List of Copyright Registrations – Plaintiff NYP Holdings, Inc.**

| COPYRIGHT REG. NO. | TITLE OF WORK | AUTHOR OF WORK | PUBLICATION DATES FOR REGISTERED CONTENT |
|---|---|---|---|
| TX 6-776-129 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2011 |
| TX 6-778-845 | New York Post | NYP Holdings, Inc. | February 1 - 28, 2011 |
| TX 6-778-916 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2011 |
| TX 6-779-025 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2011 |
| TX 6-787-605 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2011 |
| TX 6-573-267 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2011 |
| TX 6-787-809 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2011 |
| TX 6-787-595 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2011 |
| TX 6-788-811 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2011 |
| TX 6-788-033 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2011 |
| TX 6-789-331 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2011 |
| TX 6-789-324 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2011 |
| TX 6-789-536 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2012 |
| TX 6-790-188 | New York Post | NYP Holdings, Inc. | February 1 - 29, 2012 |
| TX 6-790-172 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2012 |

| | | | |
|---|---|---|---|
| TX 6-612-272 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2012 |
| TX 6-790-175 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2012 |
| TX 6-774-989 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2012 |
| TX 7-989-812 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2012 |
| TX 7-713-140 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2012 |
| TX 7-713-117 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2012 |
| TX 7-695-160 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2012 |
| TX 7-755-011 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2012 |
| TX 7-750-209 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2012 |
| TX 7-901-212 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2013 |
| TX 7-908-619 | New York Post | NYP Holdings, Inc. | February 1 - 28, 2013 |
| TX 7-905-146 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2013 |
| TX 7-918-190 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2013 |
| TX 7-820-513 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2013 |
| TX 7-911-588 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2013 |
| TX 7-879-545 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2013 |
| TX 7-991-939 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2013 |

| | | | |
|---|---|---|---|
| TX 7-991-950 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2013 |
| TX 7-883-826 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2013 |
| TX 7-900-554 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2013 |
| TX 7-970-841 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2013 |
| TX 7-970-870 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2014 |
| TX 7-995-160 | New York Post | NYP Holdings, Inc. | February 1 - 28, 2014 |
| TX 7-988-935 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2014 |
| TX 7-928-177 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2014 |
| TX 7-937-897 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2014 |
| TX 7-966-029 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2014 |
| TX 8-064-356 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2014 |
| TX 8-082-449 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2014 |
| TX 8-078-174 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2014 |
| TX 8-090-810 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2014 |
| TX 8-478-236 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2014 |
| TX 8-153-372 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2014 |
| TX 8-170-881 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2015 |

| | | | |
|---|---|---|---|
| TX 8-162-683 | New York Post | NYP Holdings, Inc. | February 1 - 28, 2015 |
| TX 8-155-413 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2015 |
| TX 8-179-485 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2015 |
| TX 8-206-371 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2015 |
| TX 8-206-377 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2015 |
| TX 8-207-907 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2015 |
| TX 8-228-008 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2015 |
| TX 8-226-503 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2015 |
| TX 8-255-936 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2015 |
| TX 8-259-220 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2015 |
| TX 8-264-123 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2015 |
| TX 8-282-165 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2016 |
| TX 8-284-737 | New York Post | NYP Holdings, Inc. | February 1 - 29, 2016 |
| TX 8-315-716 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2016 |
| TX 8-315-728 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2016 |
| TX 8-315-698 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2016 |
| TX 8-315-492 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2016 |

| | | | |
|---|---|---|---|
| TX-8-308-995 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2016 |
| TX 8-282-482 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2016 |
| TX 8-284-633 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2016 |
| TX 8-284-313 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2016 |
| TX 8-342-983 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2016 |
| TX 8-371-335 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2016 |
| TX 8-359-793 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2017 |
| TX 8-382-268 | New York Post | NYP Holdings, Inc. | February 1 - 28, 2017 |
| TX 8-396-879 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2017 |
| TX 8-409-437 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2017 |
| TX 8-462-186 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2017 |
| TX 8-457-169 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2017 |
| TX 8-472-229 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2017 |
| TX 8-492-420 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2017 |
| TX 8-475-763 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2017 |
| TX 8-507-369 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2017 |
| TX-8-572-013 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2017 |

| | | | |
|---|---|---|---|
| TX-8-571-952 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2017 |
| TX 8-534-689 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2018 |
| TX 8-535-325 | New York Post | NYP Holdings, Inc. | February 1 - 28, 2018 |
| TX 8-546-391 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2018 |
| TX 8-576-463 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2018 |
| TX 8-876-502 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2018 |
| TX-8-594-658 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2018 |
| TX 8-739-606 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2018 |
| TX 8-702-434 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2018 |
| TX 8-629-627 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2018 |
| TX 8-700-688 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2018 |
| TX 8-696-409 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2018 |
| TX 8-724-598 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2018 |
| TX 8-794-831 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2019 |
| TX 8-794-350 | New York Post | NYP Holdings, Inc. | February 1 - 28, 2019 |
| TX 8-822-498 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2019 |
| TX 8-794-481 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2019 |

| | | | |
|---|---|---|---|
| TX 8-792-486 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2019 |
| TX 8-801-957 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2019 |
| TX 8-803-668 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2019 |
| TX 8-818-420 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2019 |
| TX 8-822-123 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2019 |
| TX 8-826-310 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2019 |
| TX 8-828-675 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2019 |
| TX 8-839-346 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2019 |
| TX 8-861-361 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2020 |
| TX 8-861-949 | New York Post | NYP Holdings, Inc. | February 1 - 29, 2020 |
| TX 8-865-190 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2020 |
| TX 8-876-419 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2020 |
| TX 8-883-696 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2020 |
| TX 8-886-665 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2020 |
| TX 8-894-906 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2020 |
| TX 8-905-666 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2020 |
| TX 8-910-808 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2020 |

| | | | |
|---|---|---|---|
| TX 8-918-138 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2020 |
| TX 8-923-110 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2020 |
| TX 8-931-307 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2020 |
| TX 8-947-285 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2021 |
| TX 8-951-084 | New York Post | NYP Holdings, Inc. | February 2 - 28, 2021 |
| TX 8-960-289 | New York Post | NYP Holdings, Inc. | March 3 - 31, 2021 |
| TX 8-969-638 | New York Post | NYP Holdings, Inc. | April 4 - 30, 2021 |
| TX 8-991-429 | New York Post | NYP Holdings, Inc. | May 5 - 31, 2021 |
| TX 9-000-396 | New York Post | NYP Holdings, Inc. | June 6 - 30, 2021 |
| TX 9-004-817 | New York Post | NYP Holdings, Inc. | July 7 - 31, 2021 |
| TX 9-028-861 | New York Post | NYP Holdings, Inc. | August 8 - 31, 2021 |
| TX 9-063-223 | New York Post | NYP Holdings, Inc. | September 9 - 30, 2021 |
| TX 9-075-877 | New York Post | NYP Holdings, Inc. | October 10 - 31, 2021 |
| TX 9-101-051 | New York Post | NYP Holdings, Inc. | November 11 - 30, 2021 |
| TX 9-121-830 | New York Post | NYP Holdings, Inc. | December 12 - 31, 2021 |
| TX 9-127-416 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2022 |
| TX 9-138-856 | New York Post | NYP Holdings, Inc. | February 1 - 28, 2022 |

| | | | |
|---|---|---|---|
| TX 9-144-702 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2022 |
| TX 9-153-507 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2022 |
| TX 9-167-309 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2022 |
| TX 9-197-674 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2022 |
| TX 9-186-096 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2022 |
| TX 9-191-308 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2022 |
| TX 9-202-169 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2022 |
| TX 9-220-657 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2022 |
| TX 9-253-897 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2022 |
| TX 9-261-229 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2022 |
| TX 9-283-252 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2023 |
| TX 9-274-642 | New York Post | NYP Holdings, Inc. | February 1 - 28, 2023 |
| TX 9-280-304 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2023 |
| TX 9-284-124 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2023 |
| TX 9-293-610 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2023 |
| TX 9-301-403 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2023 |
| TX 9-306-931 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2023 |

| | | | |
|---|---|---|---|
| TX 9-318-783 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2023 |
| TX 9-327-992 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2023 |
| TX 9-334-093 | New York Post | NYP Holdings, Inc. | October 1 - 31, 2023 |
| TX 9-345-959 | New York Post | NYP Holdings, Inc. | November 1 - 30, 2023 |
| TX 9-362-407 | New York Post | NYP Holdings, Inc. | December 1 - 31, 2023 |
| TX 9-373-669 | New York Post | NYP Holdings, Inc. | January 1 - 31, 2024 |
| TX 9-382-440 | New York Post | NYP Holdings, Inc. | February 1 - 29, 2024 |
| TX 9-392-053 | New York Post | NYP Holdings, Inc. | March 1 - 31, 2024 |
| TX 9-409-407 | New York Post | NYP Holdings, Inc. | April 1 - 30, 2024 |
| TX 9-413-292 | New York Post | NYP Holdings, Inc. | May 1 - 31, 2024 |
| TX 9-421-491 | New York Post | NYP Holdings, Inc. | June 1 - 30, 2024 |
| TX 9-431-218 | New York Post | NYP Holdings, Inc. | July 1 - 31, 2024 |
| TX 9-438-369 | New York Post | NYP Holdings, Inc. | August 1 - 31, 2024 |
| TX 9-442-675 | nypost.com | NYP Holdings, Inc. | August 12 - 31, 2024 |
| TX 9-447-687 | New York Post | NYP Holdings, Inc. | September 1 - 30, 2024 |
| TX 9-444-348 | nypost.com | NYP Holdings, Inc. | September 1 - 27, 2024 |
| TX 9-445-592 | nypost.com | NYP Holdings, Inc. | September 29 - 30, 2024 |