AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 24-cv-7984  DATE FILED: 10/21/2024 | U.S. District Court for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 |
| PLAINTIFF | DEFENDANT |
| Dow Jones & Company, Inc.<br>and<br>NYP Holdings, Inc. | Perplexity AI, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:   Additional Copyright Registration Numbers are attached.

| DATE INCLUDED: 12/11/2024 | INCLUDED BY: ☒ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1  TX 9-442-680 | wsj.com | Dow Jones & Company, Inc. |
| 2  TX 9-436-972 | The Wall Street Journal | Dow Jones & Company, Inc. |
| 3  TX 9-445-492 | wsj.com | Dow Jones & Company, Inc. |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print   Save As...   Reset

Form AO 121
Listing of Copyright Registration Nos. added by Amendment, continued.
-
*Dow Jones & Company, Inc. and NYP Holdings, Inc. v. Perplexity AI*
Civil Action No. 24-cv-7984
U.S. District Court for the Southern District of New York

|    | **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|----|-------------------------------|-------------------|--------------------|
| 4  | TX 9-447-215 | The Wall Street Journal | Dow Jones & Company, Inc. |
| 5  | TX 9-444-230 | wsj.com | Dow Jones & Company, Inc. |
| 6  | TX 9-438-369 | New York Post | NYP Holdings, Inc. |
| 7  | TX 9-442-675 | nypost.com | NYP Holdings, Inc. |
| 8  | TX 9-447-687 | New York Post | NYP Holdings, Inc. |
| 9  | TX 9-444-348 | nypost.com | NYP Holdings, Inc. |
| 10 | TX 9-445-592 | nypost.com | NYP Holdings, Inc. |