UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br>　　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>PERPLEXITY AI, INC., <br><br>　　　　　　　　Defendant. | Case No. 1:24-cv-07984-KPF <br><br>**CERTIFICATE OF SERVICE** |

　　　I, Genevieve M. Kelly, certify that on December 16, 2024, I served a copy of the Court's November 22, 2024, Notice of Initial Pretrial Conference, Dkt. No 27, as well as copy of Judge Failla's and Magistrate Judge Stein's Individual Rules, to Defendant's counsel, Mr. Eugene Mar, Mr. Cameron Gibbs, Mr. James Day, and Ms. Michelle Kao, of Farella Braun + Martel, at the following email addresses of record: emar@fbm.com, cgibbs@fbm.com, jday@fbm.com, and mkao@fbm.com.

Dated:  December 16, 2024
　　　　Washington, D.C.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: s/ *Genevieve M. Kelly*
　　　　　　　　　　　　　　　　　　　　Genevieve M. Kelly
　　　　　　　　　　　　　　　　　　　　(*pro hac vice* - barred only in Virginia)
　　　　　　　　　　　　　　　　　　　　TORRIDON LAW PLLC
　　　　　　　　　　　　　　　　　　　　801 17th Street, N.W., Suite 1100
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 249-6900
　　　　　　　　　　　　　　　　　　　　gkelly@torridonlaw.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*