# Torridon Law PLLC

801 Seventeenth Street NW, Suite 1100
Washington, DC 20006
(202) 249-6900

January 16, 2025

**<u>VIA CM/ECF & ELECTRONIC MAIL</u>**

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re:     <u>*Dow Jones & Co., Inc. et al. v. Perplexity AI, Inc.*</u>, Civ. No. 24-7984 (KPF)

Dear Judge Failla:

We write on behalf of Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc. (together "Plaintiffs") in the above-captioned action and submit this joint letter together with counsel for Defendant Perplexity AI, Inc. ("Perplexity" or "Defendant") in accordance with the Court's direction at the January 14, 2025, Pre-Motion Conference, *see* Minute Entry, January 14, 2025.   The parties have met and conferred and jointly propose the following schedule for (i) Plaintiffs to file a Second Amended Complaint, which will amend Plaintiffs' jurisdiction and venue allegations, and (ii) briefing on Defendant's anticipated Motion to Dismiss, which was outlined in Defendant's December 26, 2024, Pre-Motion Letter, ECF No. 39:

- Plaintiffs will file a Second Amended Complaint, amending the allegations that pertain to jurisdiction and venue, by no later than **January 28, 2025**;

- Defendant will file its Motion to Dismiss by no later than **February 18, 2025**;

- Plaintiffs will file their opposition to the Motion to Dismiss by no later than **March 11, 2025**; and

- Defendant will file its reply in further support of its Motion to Dismiss by no later than **March 25, 2025**.

If the proposed schedule is acceptable to the Court, we would ask that Your Honor "So Order" this joint letter.  In addition, in accordance with the Court's request, Plaintiffs have ordered a transcript of the Pre-Motion Conference and anticipate that a copy of the transcript will be available by the end of the week.  The parties thank the Court for its continued attention to this matter.

Hon. Katherine Polk Failla, U.S.D.J.
January 16, 2025
Page 2 of 2

Respectfully submitted,

_s/ Paul T. Cappuccio_                    _s/ James L. Day_
Paul T. Cappuccio                         James L. Day
*Counsel for Plaintiffs*                  *Counsel for Defendant*

cc:     All counsel of record (via CM/ECF)

Application GRANTED.  The parties shall adhere to the above schedule.

Dated:      January 21, 2025          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE