

JAMES DAY
jday@fbm.com
D 415.954.4414

February 18, 2025

*Via ECF*

Hon. Katherine Polk Failla
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>Dow Jones & Co., Inc. et al. v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF</u>

Dear Judge Failla:

    On behalf of Defendant Perplexity AI, Inc. ("Perplexity") in the above-captioned matter, we write pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases to request that oral argument be held with respect to Perplexity's Motion to Dismiss or, in the Alternative, to Transfer Venue.

                                      Respectfully submitted,

                                      James L. Day