## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　　v. <br><br>PERPLEXITY AI, INC., <br><br>　　　　　　　　　　Defendant. | Civil Action No. 1:24-cv-07984-KPF <br><br> **ORAL ARGUMENT REQUESTED** |

## DECLARATION OF MICHELLE KAO IN SUPPORT OF DEFENDANT'S REQUEST FOR JUDICIAL NOTICE

I, Michelle Kao, declare as follows:

1.　　I am an attorney at the law firm Farella, Braun + Martel LLP, counsel of record for Defendant Perplexity AI, Inc. ("Perplexity") in this litigation. I submit this declaration in support of Defendant's Request for Judicial Notice in Support of Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue. I have personal knowledge of the facts set forth below and could and would competently testify as follows.

2.　　Attached hereto as **Exhibits A-J** are true and correct copies of the official registration certificates for Reg. Nos. TX 9-442-680, TX 9-436-972, TX 9-445-492, TX 9-447-215, TX 9-444-230, TX 9-438-369, TX 9-442-675, TX 9-447-687, TX 9-444-348, and TX 9-445-592. I obtained copies of these certificates through an official request to the U.S. Copyright Office. As reflected in the certificates, the registration decision dates for these works are as follows:

| Reg. No. | Registration Decision Date |
|---|---|
| TX 9-442-680 | November 7, 2024 |
| TX 9-436-972 | October 21, 2024 |
| TX 9-445-492 | November 18, 2024 |
| TX 9-447-215 | November 25, 2024 |
| TX 9-444-230 | November 13, 2024 |

| | |
|---|---|
| TX 9-438-369 | October 24, 2024 |
| TX 9-442-675 | November 7, 2024 |
| TX 9-447-687 | November 26, 2024 |
| TX 9-444-348 | November 14, 2024 |
| TX 9-445-592 | November 19, 2024 |

3. Attached hereto as **Exhibit K** is a true and correct copy of Perplexity's current Terms of Service, as last revised on June 4, 2024, which are available from Perplexity's website at https://www.perplexity.ai/hub/legal/terms-of-service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18, 2025, at Hayward, California.

_____
Michelle Kao