

JAMES DAY
jday@fbm.com
D 415.954.4414

February 18, 2025

*Via ECF*

Hon. Katherine Polk Failla
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



      Re:    Dow Jones & Co., Inc. et al. v. Perplexity AI, Inc., No. 1:24-cv-07984-KPF

Dear Judge Failla:

      On behalf of Defendant Perplexity AI, Inc. ("Perplexity") in the above-captioned matter, we write pursuant to Rule 4(E) of Your Honor's Individual Rules of Practice in Civil Cases to request that oral argument be held with respect to Perplexity's Motion to Dismiss or, in the Alternative, to Transfer Venue.

      Respectfully submitted,

      James L. Day

One Bush Street, Suite 900 • San Francisco, CA 94104 • P: 415.954.4400 • F: 415.954.4480

SAN FRANCISCO • ST. HELENA • fbm.com

The Court is in receipt of Defendant's request for oral argument concerning Defendant's Motion to Dismiss or, in the Alternative, to Transfer Venue.  If the Court determines that oral argument would be useful, it will promptly reach out to the parties.

The Clerk of Court is directed to terminate the pending motion at docket entry 50.

Dated:     February 19, 2025                SO ORDERED.
           New York, New York

                                            *Katherine Polk Failla*

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE