AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC. )
_____
_Plaintiff_ )
v. ) Case No.   24-cv-7984
PERPLEXITY AI, INC. )
_____
_Defendant_ )

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dow Jones & Company, Inc. and NYP Holdings, Inc. _____ .

Date:     05/06/2025

s/Alison I. Stein
_____
_Attorney's signature_

Alison I. Stein (AS2884)
_____
_Printed name and bar number_

Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
_____
_Address_

astein@jenner.com
_____
_E-mail address_

(212) 891-1622
_____
_Telephone number_

(212) 891-1699
_____
_FAX number_