1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

**JENNER&BLOCK** LLP

August 28, 2025

Gianni Servodidio
Tel +1 212 891 1620
GServodidio@jenner.com

VIA ECF

Hon. Katherine Polk Failla
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Dow Jones & Co., Inc. et al. v. Perplexity AI, Inc.*, Civ. No. 24-7984 (KPF)

Dear Judge Failla:

We write jointly on behalf of Plaintiffs Dow Jones & Co., Inc. and NYP Holdings, Inc. and Defendant Perplexity AI, Inc. in the above matter.

On August 21, 2025, the Court issued an Order denying Defendant's Motion to Dismiss or Transfer Venue and directed the parties to "submit a proposed case management plan on or before September 19, 2025." ECF No. 65. In accordance with the Court's instructions, the parties have conferred and respectfully request that the Court enter the Proposed Case Management Plan previously filed on August 6, 2025 maintaining the same proposed schedule. *See* ECF No. 64.

We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Gianni P. Servodidio*
Gianni P. Servodidio
*Counsel for Plaintiffs*

cc:   All Counsel of Record (via ECF)