quinn emanuel trial lawyers | new york

295 5th Avenue, 9th Floor, New York, New York 10016 | TEL: (212) 849-7000  FAX: (212) 849-7100

WRITER'S DIRECT DIAL
**(312) 705-7403**

WRITER'S EMAIL ADDRESS
**andrewschapiro@quinnemanuel.com**

September 2, 2025

**VIA ECF AND EMAIL**
Honorable Katherine Polka Failla
U.S. District Court for the Southern District of New York
40 Foley Square, Room 2013
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

**Re:**   *Dow Jones & Company, Inc. and NYP Holdings, Inc. v. Perplexity AI, Inc.*, Case No. 24-cv-07984-KPF: Request to Extend Responsive Pleading Deadline

Dear Judge Failla:

Pursuant to § 2.B 2.C of Your Honor's Individual Rules, I write on behalf of Defendant Perplexity AI, Inc. to request an unopposed extension of time to respond to the Second Amended Complaint ("SAC"). The current deadline is September 4, 2025. Our firm was retained by Perplexity last week to substitute in as lead counsel, and the extension will give us the necessary time to thoroughly evaluate the issues presented in the case and to prepare Perplexity's answer to the SAC. We respectfully request that the deadline be extended by 30 days, through and including October 6, 2025. Plaintiffs consent to the extension on the understanding and agreement that it will not impact the dates set forth in the Court-ordered scheduling order and other deadlines previously agreed to by the parties.

The Court previously granted Perplexity's request for an extension to respond to the original Complaint. ECF 19 (Nov. 13, 2024). Perplexity then filed a motion to dismiss the SAC, or, in the alternative, to transfer venue (ECF 48), which the Court denied on August 21, 2025 (ECF 65).

We appreciate the Court's consideration of this request.

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

Respectfully submitted,

Andrew H. Schapiro
*Counsel for Defendant Perplexity AI, Inc.*

cc: All counsel of record (via ECF)