UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Case No. 1:24-cv-07984-KPF <br><br> **NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record:

    Please enter my appearance on behalf of Defendant Perplexity AI, Inc., in the above-captioned matter.

    I hereby certify that I am admitted to practice before this Court.

Dated: New York New York
    September 10, 2025

By:    */s/ Jessica A. Rose*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Jessica A. Rose
295 Fifth Avenue
New York, New York 10016
Tel:  (212) 849–7000
Email: jessicarose@quinnemanuel.com

*Attorneys for Defendant Perplexity AI, Inc.*