UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC.,<br><br>                Plaintiffs,<br><br>     v.<br><br>PERPLEXITY AI, INC.,<br><br>                Defendant. | Civil Action No. 1:24-cv-07984-KPF |

## DEFENDANT PERPLEXITY AI, INC.'S
## AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Perplexity AI, Inc. ("Perplexity"), by and through its undersigned counsel, certifies as follows:

Perplexity AI Ltd., and Perplexity Management Co., LLC are wholly owned subsidiaries of Perplexity. Perplexity further certifies that Perplexity is a limited partner of Perplexity F7 Fund I LP. Perplexity has no parent corporation and no publicly held corporation owns 10 percent or more of Perplexity's stock.

Dated: October 20, 2025

Respectfully submitted,

By: */s/ Andrew H. Schapiro*
Andrew H. Schapiro
William F. Patry
Jessica A. Rose
Dylan I. Scher
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, NY 10016
Tel.: (212) 849-7064
andrewschapiro@quinnemanuel.com
williampatry@quinnemanuel.com
jessicarose@quinnemanuel.com
dylanscher@quinnemanuel.com

John B. Quinn
Moon Hee Lee (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP

865 S. Figueroa St, 10th Floor
Los Angeles, CA 90017
Tel.: (213) 443-3000
johnquinn@quinnemanuel.com
moonheelee@quinnemanuel.com

*Attorneys for Defendant Perplexity AI, Inc.*