1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711          JENNER&BLOCK LLP

November 21, 2025

Gianni Servodidio
Tel +1 212 891 1620
Fax +1 212 891-1699
GServodidio@jenner.com

**VIA ECF AND ELECTRONIC MAIL**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov



Re:   *Dow Jones & Co., Inc. et al. v. Perplexity AI, Inc.*, Civ. No. 24-7984 (KPF)

Dear Judge Failla:

I write jointly on behalf of Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc., and Defendant Perplexity AI, Inc., in the above-referenced matter, to notify the Court that the parties have met and conferred and resolved the disputes raised in Plaintiffs' letter motions of October 27, 2025, ECF Nos. 85 and 86. Accordingly, as these requests of Plaintiffs for relief from the Court are now moot, the parties request that the November 24, 2025 Discovery Conference, *see* ECF No. 89, be removed from the Court's calendar. We thank the Court for its time and attention to these matters.

Respectfully submitted by the parties,

*/s/ Gianni P. Servodidio*
Gianni P. Servodidio
*Counsel for Plaintiffs*

cc:   All Counsel of Record via ECF

```
The Court appreciates the above update and thanks the parties for their
cooperation.  The conference currently scheduled for November 24, 2025, is
hereby ADJOURNED sine die.

Dated:    November 21, 2025            SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE