**quinn emanuel** trial lawyers | new york

295 5th Avenue, 9th Floor, New York, New York 10016 | TEL: (212) 849-7000 FAX: (212) 849-7100

March 2, 2026

WRITER'S DIRECT DIAL
**(212) 849-7164**

WRITER'S EMAIL ADDRESS
**andrewschapiro@quinnemanuel.com**

**VIA ECF AND EMAIL (FAILLA_NYSDCHAMBERS@NYSD.USCOURTS.GOV)**
Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Room 618
New York, New York 10007

Re:     *Dow Jones & Co. v. Perplexity AI, Inc.*, No. 24-cv-07984-KPF

Dear Judge Failla:

Defendant Perplexity.ai respectfully asks the Court to strike the improper "Letter Reply" (ECF No. 105) filed by Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc. in support of their request for an informal discovery conference (ECF No. 100). Section 2(C)(ii) of Your Honor's Individual Rules of Practice in Civil Cases allow for a letter and a response. It does not contemplate replies. Plaintiffs did not request leave to file their improper reply, and it contains no argument that would warrant deviation from the Court's practices without prior leave of court.

All parties would like to have the last word on an issue; indeed, Perplexity would prefer to have the last word on its own pending request for an informal discovery conference (ECF No. 102). But Perplexity also respects the clarity and fairness that comes from consistently applied rules. Accordingly, Perplexity respectfully requests that the Court strike Plaintiffs' "Letter Reply" (ECF No. 105).

Respectfully submitted,

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro
*Counsel for Defendant Perplexity AI, Inc.*

cc: All counsel of record (via ECF)