MEMO ENDORSED

quinn emanuel trial lawyers | new york
295 5th Avenue, 9th Floor, New York, New York 10016 | TEL: (212) 849-7000 FAX: (212) 849-7100

March 2, 2026

WRITER'S DIRECT DIAL
**(212) 849-7164**

WRITER'S EMAIL ADDRESS
**andrewschapiro@quinnemanuel.com**

**VIA ECF AND EMAIL (FAILLA_NYSDCHAMBERS@NYSD.USCOURTS.GOV)**
Honorable Katherine Polk Failla
United States District Court for the Southern District of New York
40 Foley Square, Room 618
New York, New York 10007

Re: *Dow Jones & Co. v. Perplexity AI, Inc.*, No. 24-cv-07984-KPF

Dear Judge Failla:

Defendant Perplexity.ai respectfully asks the Court to strike the improper "Letter Reply" (ECF No. 105) filed by Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc. in support of their request for an informal discovery conference (ECF No. 100). Section 2(C)(ii) of Your Honor's Individual Rules of Practice in Civil Cases allow for a letter and a response. It does not contemplate replies. Plaintiffs did not request leave to file their improper reply, and it contains no argument that would warrant deviation from the Court's practices without prior leave of court.

All parties would like to have the last word on an issue; indeed, Perplexity would prefer to have the last word on its own pending request for an informal discovery conference (ECF No. 102). But Perplexity also respects the clarity and fairness that comes from consistently applied rules. Accordingly, Perplexity respectfully requests that the Court strike Plaintiffs' "Letter Reply" (ECF No. 105).

Respectfully submitted,

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro
*Counsel for Defendant Perplexity AI, Inc.*

cc: All counsel of record (via ECF)

The Court has reviewed Plaintiffs' letter motion to compel (Dkt. #100), Defendant's response to that letter motion (Dkt. #103), Defendant's cross letter motion to compel (Dkt. #102), and Plaintiffs' response to that letter motion (Dkt. #104). In addition, Plaintiffs filed a reply in support of their letter motion (Dkt. #105), and Defendant filed the above surreply, asking the Court to strike Plaintiffs' reply because the Court's individual rules do not contemplate the filing of a reply letter (Dkt. #106).

The Court begins by noting its agreement with Defendant on Plaintiff's reply letter. The Court's individual rules do not contemplate the filing of a reply letter, and Plaintiff has not requested leave to file such. *See* Individual Rules of Practice in Civil Cases 2(C). Consequently, the Court GRANTS Defendant's request to strike Plaintiffs' reply submission.

The Court will hold a conference to discuss the parties' dueling motions to compel. That conference will be held telephonically on **March 20, 2026**, at **12:00 p.m.** At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to strike docket entry 105.

Dated: March 3, 2026
New York, New York

SO ORDERED.



HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE