**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PERPLEXITY AI, INC., <br><br> Defendant. | Civil Action No. 1:24-cv-07984-KPF |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING THE DESIGNATION OF MATERIALS CONCERNING GOOGLE LLC**

Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc. and Defendant Perplexity AI, Inc. (each a "Party," and collectively, "the Parties"), through their respective counsel of record, hereby submit this Stipulation in order to address the production to Defendant Perplexity AI, Inc. of certain materials received from or sent to Google LLC by Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc.

Whereas, for good cause shown, IT IS HEREBY ORDERED THAT:

1. Plaintiffs shall designate materials relating to agreements or draft agreements received from or sent to Google LLC, as well as materials reflecting negotiations or communications regarding such agreements, as "Highly Confidential – Outside Counsel Only Information" in the manner set forth in Paragraph 4 of the Confidentiality and Protective Order dated August 1, 2025 ("Protective Order") with the legend "HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL ONLY".

2.   Any materials Plaintiffs designate "Highly Confidential – Outside Counsel Only Information" pursuant to this Stipulation shall be treated in the same manner as Highly Confidential Information under the Protective Order, with the further restriction that Highly Confidential – Outside Counsel Only Information shall not be furnished, shown, or disclosed to any person or entity except to those individuals listed in Paragraph 6(c)-(j). Other individuals shall not be permitted to access such information absent explicit written permission from the Producing Party and Google LLC.

**AGREED:**

By: _/s/ Susan J. Kohlmann_____

William P. Barr (*pro hac vice*)
Paul T. Cappuccio (4092508)
   *Counsel of Record*
Justin M. Romeo (*pro hac vice*)
Genevieve M. Kelly (*pro hac vice*)
TORRIDON LAW PLLC
801 Seventeenth Street NW, Suite 1100
Washington, DC 20006
Tel: 202.249.6900
pcappuccio@torridonlaw.com
jromeo@torridonlaw.com
gkelly@torridonlaw.com

Brett D. Katz (BK6685)
TORRIDON LAW PLLC
800 Westchester Avenue, Suite N-641
Rye Brook, NY 10573
Telephone: (646) 787-9290
bkatz@torridonlaw.com

Susan J. Kohlmann
Gianni P. Servodidio
Alison I. Stein
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 891-1600
skohlmann@jenner.com
gservodidio@jenner.com

By: _/s/Moon Hee Lee_____

John B. Quinn
Moon Hee Lee (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
johnquinn@quinnemanuel.com
moonheelee@quinnemanuel.com

Andrew H. Schapiro
William F. Patry
Jessica Anne Rose
Dylan I. Scher
QUINN EMANUEL URQUHART &
SULLIVAN LLP
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
andrewschapiro@quinnemanuel.com
williampatry@quinnemanuel.com
jessicarose@quinnemanuel.com
anscher@quinnemanuel.com

*Counsel for Defendant Perplexity AI, Inc.*

astein@jenner.com

*Counsel for Plaintiffs Dow Jones &*
*Company, Inc. and NYP Holdings, Inc.*

Dated:  April __, 2026
          New York, New York

**SO ORDERED**

_____
Katherine Polk Failla
United States District Judge

3