quinn emanuel trial lawyers | new york

295 5th Avenue, 9th Floor, New York, New York 10016 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL
**(212) 849-7164**

WRITER'S EMAIL ADDRESS
**andrewschapiro@quinnemanuel.com**

July 9, 2026

**VIA ECF AND EMAIL (FAILLA_NYSDCHAMBERS@NYSD.USCOURTS.GOV)**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:     *Dow Jones & Co. and NYP Holdings, Inc. v. Perplexity AI, Inc.*, Case No. 24-cv-07984-KPF: Defendant's Unopposed Request to Extend Time to Comply with the Court's Order

Dear Judge Failla:

On behalf of Defendant Perplexity AI, Inc., I write respectfully to request that the Court extend by nine days the date by which Perplexity must produce responsive, non-privileged personal emails of Denis Yarats and Johnny Ho, as ordered by this Court on July 9, 2026 (Dkt. 153). Plaintiffs do not oppose this request, contingent on Perplexity's agreement to produce the materials on a rolling basis if possible.

The Court's Order requires Perplexity to produce the emails by July 15, 2026. Perplexity began that task immediately upon receipt of the Order, but Perplexity's vendor predicts, based on the typical size of a personal email account, that the processing time alone will take approximately one week.[1] This is independent of the time required to review the documents for responsiveness and privilege.

Perplexity therefore cannot complete the collection, review, and production of Mr. Yarats' and Mr. Ho's personal emails by July 15, 2026. Accordingly, Perplexity respectfully requests that the Court modify the Order to extend the deadline to produce personal emails of co-founders from July 15, 2026 to July 24, 2026.

---

[1] Steps that require machine processing time include: ingestion of the records into the discovery database (about 24-48 hours), application of the agreed search terms (about 24-36 hours), preparation of the records for attorney review (about 24 hours), and preparation of TIFF files and metadata for the production (about 48 hours).

quinn emanuel urquhart & sullivan, llp

ABU DHABI | ATLANTA | AUSTIN | BEIJING | BERLIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | SINGAPORE | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | WILMINGTON | ZURICH

As noted above, we have conferred with Plaintiffs and they do not oppose this request, as long as Perplexity endeavors to make a rolling production if possible.

Respectfully submitted,

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro
*Counsel for Defendant Perplexity AI, Inc.*

cc: All counsel of record (via ECF)

2