**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DOW JONES & COMPANY, INC.<br>and NYP HOLDINGS, INC.,<br><br>                         Plaintiffs,<br><br>       v.<br><br>PERPLEXITY AI, INC.,<br><br>                         Defendant. | Civil Action No. 1:24-cv-07984-KPF |

**DECLARATION OF GIANNI SERVODIDIO IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DISCORD COMMUNICATIONS**

I, Gianni P. Servodidio, hereby declare as follows:

1.     I am a partner at Jenner & Block LLP, counsel of record for Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc. in the above-referenced matter. I am admitted to practice in this Court. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiffs' Motion to Compel Production of Discord Communications. The statements made in this declaration are based on my personal knowledge or on information provided to me by colleagues or other personnel working under my supervision on this case.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the "Discord is Your Place for AI with Friends" blog post on the Discord website dated March 9, 2023, located at https://discord.com/blog/ai-on-discord-your-place-for-ai-with-friends.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the "Message Requests" webpage on the Discord website captured July 28, 2026, located at https://support.discord.com/hc/en-us/articles/7924992471191-Message-Requests.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of the "Direct Messages in Discord" webpage on Drexel University's School of Computer and Information Sciences

1

Technology Services And Support Site captured July 28, 2026, located at https://support.cci.drexel.edu/getting-connected/discord/direct-messages-discord/.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of the "How to create Discord channels for courses" webpage on Drexel University's School of Computer and Information Sciences Technology Services And Support Site captured on July 28, 2026, located at https://support.cci.drexel.edu/getting-connected/discord/how-to-create-discord-channels-for-courses/.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of Discord messages sent by a user with the display Name Denis Yarats on Perplexity's "introductions" Discord channel on December 12, 2022, located at: https://discord.com/channels/1047197230748151888/1050674117906542622/1051888552142700594.  The messages show a user with the display name Denis Yarats agreeing to "DM" another user purporting to be a potential investor.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of a Discord message sent by a user with the display name Denis Yarats on Perplexity's "introductions" Discord channel on January 12, 2023, located at: https://discord.com/channels/1047197230748151888/1047202784090538054/1063123606877503588.   The message shows a user with the display name Denis Yarats agreeing to "DM" another user providing feedback on the search engine.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of a Discord message sent by a user with the display name Denis Yarats on Perplexity's "general" Discord channel on January 14, 2023, located at: https://discord.com/channels/1047197230748151888/1047649527299055688/1063843030785867836.  The message shows a user with the display name Denis Yarats asking another user to "DM" him.

9.     Attached hereto as **Exhibit 8** is a true and correct copy of a Discord message sent by a user with the display name Denis Yarats on Perplexity's "general" Discord channel on March

2

31, 2023, located at: https://discord.com/channels/1047197230748151888/1047649527299055688/109137525040035 8460.  The message shows a user with the display name Denis Yarats asking another user to "dm" him.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of a Discord message sent by a user with the display name Johnny Ho on Perplexity's "feedback-general" Discord channel on December 16, 2022, located at: https://discord.com/channels/1047197230748151888/1047649880161652827/105349662255585 6966.  The message shows a user with the display name Johnny Ho asking another user to "dm" him.

11.    Attached hereto as **Exhibit 10** is a true and correct copy of a Discord message sent by a user with the display name Johnny Ho on Perplexity's "feedback-general" Discord channel on December 16, 2022, located at: https://discord.com/channels/1047197230748151888/1047649880161652827/105354907809456 1320.  The message shows a user with the display name Johnny Ho telling another user to "check your dms."

12.    Attached hereto as **Exhibit 11** is a true and correct copy of Discord messages sent by a user with the display name Johnny Ho on Perplexity's "general" Discord channel on December 18, 2022, located at: https://discord.com/channels/1047197230748151888/1047649527299055688/105426544835246 9063.  The message shows a user with the display name Johnny Ho asking another user to "DM" him.

13.    Attached hereto as **Exhibit 12** is a true and correct copy of a Discord message sent by a user with the display name Johnny Ho on Perplexity's "announcements" Discord channel on February 27, 2023, located at: https://discord.com/channels/1047197230748151888/1047204950763122820/107988942541842 4361.  The message shows a user with the display name Johnny Ho asking for feedback by "DM."

3

14.     Attached hereto as **Exhibit 13** is a true and correct copy of a Discord message sent by a user with the display name Johnny Ho on Perplexity's "ask-community" Discord channel on September           24,            2023,             located             at: https://discord.com/channels/1047197230748151888/1118264005207793674/115566507811329 2368.  The message shows a user with the display name Johnny Ho informing another user that he "DM'd" them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 28, 2026, in New York, NY.

By:_____

Gianni P. Servodidio

4