# EXHIBIT 2

**Discord**

Feedback    Submit a request

Sign in

**Articles in this section**

Mention Suggestions FAQ

Message Bookmarks and Reminders

File Attachments FAQ

Message Forwarding

Text Channels & Text Chat In Voice Channels

Markdown Text 101 (Chat Formatting: Bold, Italic, Underline)

Voice Messages

Message Requests

File Preview

Replies FAQ

See more

Discord > Discord Basics > Messaging and Chat

🔍 Search

# Message Requests

 kynthia

3 months ago · Updated

Follow

If someone you are not friends with sends you a direct message (DM), Discord may filter that DM into a separate "Message Requests" folder to help you screen out unwanted DMs from your DM list. If Discord thinks a direct message is from a spam bot, we may filter that DM into a more hidden "Spam" folder.

You will need to approve the message request before being able to chat directly with the message requestor.

> ⚠️ **Important: Users in regions with regional restrictions may have different settings to ensure an age-appropriate experience. They may also need to complete** <u>age assurance</u> **before disabling Message Requests. Please refer to the article below that corresponds to your region for further details.**
>
> - <u>United Kingdom</u>
> - <u>Australia</u>
> - <u>Brazil</u>

**What this article covers:**

- <u>**What do Message Requests look like?**</u>

- <u>**What is the Spam folder?**</u>

- <u>**Message Requests on Mobile**</u>

- <u>**How to Turn Message Requests Off**</u>

## What Do Message Requests Look Like?

To view **Message Requests** on the desktop or web browser client, you can select your **Home tab** and find the folder located in the image below:



Message Requests On Desktop

From this tab, you'll be able to view user profiles to check shared servers, and accept or ignore Message Requests. While it isn't possible to retrieve ignored requests, people will be able to resend Message Requests to your account depending on your **Server Settings** and your **User Settings > Content & Social > Message requests** settings.



Message Requests Settings in User Settings

> ℹ️ The Message Requests tab will only display if there is at least one pending request. All Message Requests will display a notification badge on the client.

## What Is The Spam Folder?

To view your Spam folder, select the **Spam** tab inside the **Message Requests view**.



Spam Tab in Message Requests

From this tab, you'll be able to view user profiles to check shared servers, and accept or report spam folder message requests. You may also preview and ignore messages by selecting the message itself.





Preview for a Message Requests

## Message Requests On Mobile

On your mobile device, you can tap into your DMs and find a tab labeled **Message Requests** if you have at least one request pending. This will pull up a view listing the requests you've received.

You'll be able to both view user profiles and choose between accepting or declining requests on your mobile app, as shown below:



Direct Messages tab > Message Requests tab on mobile
Preview enabled (middle image), Preview disabled (image located on right)

## How To Turn Message Requests Off

To turn this feature off for a particular server, navigate to the **Server dropdown menu > Select Privacy Settings > Toggle off "Message Requests"**:



Message Requests Disabled

> ℹ️ **Turning this feature off in a server will disable Message Requests from that server.**
>
> **This means that, unless restricted by Server Settings or your User Settings > Content & Social > Message request settings, messages sent from other members of that server will automatically populate in your DM list.**
> **You can also toggle your global message request setting in User Settings > Content & Social, as shown in the screenshot below.**



Managing Direct Messages: Controlling Who Can Contact You

When a teen receives direct messages (DMs) from a sender for the first time, Discord will detect if a safety alert should be sent to the teen for this DM. If detected, Discord will notify the teen with a safety alert encouraging them to double check if they want to reply, and will provide links to block the user or view more safety tips to safeguard themselves. Learn more about this experience here.

 **The spam folder cannot be disabled at this time.**
**In some countries and circumstances, you won't be able to disable message requests or access global or server-specific message request settings.**

**Share**



Was this article helpful?

| Yes | No |
|-----|-----|

4077 out of 6800 found this helpful

Have more questions? **Submit a request**

**Related articles**

• Why isn't my DM going through?

• Activity Sharing on Discord FAQ

• Blocking & Privacy Settings

• How do I enable my mic in Chrome?

• Quick Switcher



English (United States) ⌄

Social

| Product | Company | Resources | Policies |
|---------|---------|-----------|----------|
| Download | About | Support | Terms |
| Nitro | Jobs | Safety | Privacy |
| Status | Brand | Blog | Cookie Settings |
| App Directory | Newsroom | Feedback | Guidelines |
| | | Creators | Acknowledgements |
| | | Community | Licenses |
| | | Developers | Company Information |
| | | Quests | |
| | | Official 3rd Party Merch | |



Discord

? Help

https://support.discord.com/hc/en-us/articles/7924992471191-Message-Requests

7/28/2026 6:54:49 PM