# EXHIBIT 3



If they disabled DMs from server members, then you can get around it by adding them to your friends list, or you can ask them to re-enable DMs from server members.

## Disabling (or enabling) Direct Messages from server members

If you do not want to receive DMs from server members, you can disable them. Right-click the server in the server list on the left to bring up this menu:



Mark As Read

Unmute Server

Hide Muted Channels ☐

Notification Settings

Privacy Settings

Change Nickname

Leave Server

Select "Privacy Settings" to bring up this screen. Click the green checkmark to switch it to an X, disabling DMs from server members. Click it again to switch it back on if you change your mind.

### Privacy Settings—CCI @ Drexel University

DIRECT MESSAGES

Allow direct messages from server members.  ✅

Done

## Receiving a Direct Message

When you receive a DM, it will always notify you as if somebody pinged you (@Your Name). The DM itself will appear as an icon at the top of your server list, with a badge showing how many unread messages you have:

Click the icon to view the DM and remove the notification. Note that you can mute a DM by right-clicking on it and selecting mute, and this will prevent additional notifications from showing up, but existing notifications will remain there until you read them or mark them as read.

## Creating a Group Direct Message

There are three ways to create a group DM, which allows multiple people to send direct messages to each other. Note that all participants in a group DM must be on your friends list, but they do not have to be friends with each other.

The first is to go to your Discord home (by clicking the Discord logo in the top-left corner.) Then in the top-right corner, there will be a button for "New Group DM"

New Group DM

You can pull up the same menu via the + button next to "Direct Messages" in the sidebar on the left.

Find or start a conversation

📞 Friends

🎧 Stage Discovery

🚀 Nitro

DIRECT MESSAGES  +

From this menu, you can scroll through your friends list and click the check boxes on the right to add people to the group DM. You can also type their names in the text box at the top to search for them.

### Select Friends

You can add 9 more friends.

Type the username of a friend

🎮 ThisGuy ThisGuy#1457  ☐

When you finish, click the big blue "Create Group DM" button to create it.

**Alternatively**, if you already have a DM and wish to make it into a group DM, you can add friends to it via the icon in the top-right. This will bring up the same menu.

Add Friends to DM

https://support.cci.drexel.edu/getting-connected/discord/direct-messages-discord/
7/28/2026 6:59:00 PM