# EXHIBIT 13

