UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC., and NYP HOLDINGS, INC.,<br><br>Plaintiffs,<br><br>-v.-<br><br>PERPLEXITY AI, INC.,<br><br>Defendant. | 24 Civ. 7984 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Based on recent correspondence, the Court understands that Plaintiffs' August 27, 2026 sealed motion to compel at docket entry 188 contains a typographical error. Accordingly, Plaintiffs seek to (i) replace docket entry 188 with their August 28, 2026 sealed motion to compel at docket entry 191, and (ii) seal docket entry 191 for the same reasons set out in their August 27, 2026 request to seal (Dkt. #187). The application is GRANTED.

The Court will consider the date of the corrected motion to compel (Dkt. #191) to govern Defendant's deadline to respond. Pursuant to the Court's individual rules, Defendant may file a response, if any, on or before **September 2, 2026**.

The Clerk of Court is directed to STRIKE docket entries 188 and 190. Further, the Court of Clerk is directed to maintain docket entry 191 under seal, viewable only to the parties and the Court.

SO ORDERED.

Dated: August 31, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge