SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

GLORIA PARK
DIRECT DIAL (212) 729-2029

E-MAIL GPARK@SUSMANGODFREY.COM

October 5, 2026

**<u>Via ECF</u>**

Hon. Katherine Polk Failla
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: Non-Party Britannica's Request for Access to Sealed Documents in *Dow Jones & Co., Inc., et al. v. Perplexity AI, Inc.*, No. 24-cv-07984 (S.D.N.Y.)

Dear Judge Failla:

I write on behalf of Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. (collectively, "Britannica"), which are plaintiffs in a pending lawsuit against Perplexity AI, Inc. in this District. *See Encyclopaedia Britannica, Inc., et al. v. Perplexity AI, Inc.*, No. 25-cv-7546 (S.D.N.Y.). The *Britannica* case is substantially similar to *Dow Jones*. In both cases, publishers bring the same causes of action (copyright and trademark infringement) against the same defendant (Perplexity) for the same conduct (its "answer engine" that copies and uses publishers' content without authorization). Perplexity also asserts the same defense (fair use) in both cases.

In a September 29, 2026 conference before Magistrate Judge Sarah Cave in *Britannica*, Perplexity agreed to produce the unredacted briefing, declarations, and exhibits associated with Dow Jones's most recent motion to compel in this case. *See* Dkts. 191, 195. Perplexity also agreed to produce in *Britannica* the same set of documents that this Court ordered produced to Dow Jones in response to that motion to compel. As to the sealed order and/or hearing transcript that encapsulates

the Court's analysis of the motion, however, Perplexity requested that Britannica move this Court for access to such court documents. This discussion can be found at the excerpted portion (pages 37:22-40:22) of the attached transcript from the *Britannica* case.

Britannica now respectfully requests that this Court allow Britannica to access such documents, including any orders and/or hearing transcripts, that encapsulate this Court's analysis and adjudication of the motion to compel at issue. Britannica will treat all documents to which the Court grants access as Highly Confidential under the protective orders in both the *Dow Jones* and *Britannica* cases, without prejudice to Britannica's right to challenge the designation in the future.

Counsel for Dow Jones and Perplexity have confirmed that their clients do not oppose the relief sought in this letter. Counsel for third-party Institutional Venture Partners ("IVP") has confirmed that IVP takes no position on the relief sought in this letter.

We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ Y. Gloria Park*

Y. Gloria Park

By way of background, on September 15, 2026, this Court resolved the most recent motion to compel of Plaintiffs Dow Jones & Company, Inc. and NYP Holdings, Inc. (collectively, "Dow Jones"). (*See* September 15, 2026 Minute Entry; *see also* Dkt. #191, 195). The contents of the parties' briefing on this motion, as well as the transcript of the September 15, 2026 conference, is currently maintained under seal.

Non-Parties Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. (collectively, "Britannica") are plaintiffs in a pending lawsuit against Perplexity AI, Inc. ("Perplexity") in substantially similar lawsuit in this District regarding copyright infringement claims. *See Encyclopaedia Britannica, Inc.* v. *Perplexity AI, Inc.*, No. 25 Civ. 7546 (JLR) (SLC) (S.D.N.Y.). The *Britannica* parties convened for a pretrial conference before Magistrate Judge Sarah Cave on September 29, 2026. At that conference, Perplexity agreed to produce the unsealed briefing associated with Dow Jones's recent motion to compel, as well as the documents that were ordered produced in compliance with the motion to compel. (*See* Dkt. #215-1 at 4-7).

Non-Parties Britannica now request access to the sealed transcript associated with Dow Jones's motion to compel. Dow Jones and Perplexity do not oppose the request, and third-party Institutional Venture Partners takes no position.

Accordingly, the application is GRANTED. Britannica may access the sealed transcript of the September 15, 2026 conference in this action that encapsulates the analysis and adjudication of Dow Jones's motion to compel. The Court expects Britannica to treat such documents as Highly Confidential under the protective orders in this case and in *Britannica*, without prejudice to Britannica's right to challenge the designation at a later point in time.

Dated: October 6, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE