quinn emanuel trial lawyers | new york
295 5th Avenue, 9th Floor, New York, New York 10016 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S EMAIL ADDRESS
**andrewschapiro@quinnemanuel.com**

**MEMO ENDORSED**

October 27, 2026

**VIA ECF AND EMAIL (FAILLA_NYSDCHAMBERS@NYSD.USCOURTS.GOV)**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, New York, NY 10007
Failla_NYSDChambers@nysd.uscourts.gov

Re: *Dow Jones & Co. and NYP Holdings, Inc. v. Perplexity AI, Inc.*, Case No. 24-cv-07984-KPF: Defendant's Motion to Seal

Dear Judge Failla:

On behalf of Defendant Perplexity AI, Inc. ("Perplexity"), I write pursuant to Rule 9 of this Court's Individual Rules of Practice in Civil Cases to request leave to file under seal, with a redacted copy on the public docket, Defendant's forthcoming Letter Response in Opposition to Plaintiffs' Letter Motion to Compel Perplexity AI, Inc. to produce documents ("Opposition"). Perplexity further requests leave to file the Opposition's accompanying exhibits fully under seal.

While some presumption of public access attaches to all judicial documents, the Second Circuit has instructed that where, as here, documents are "submitted in connection with [a] discovery dispute[]" the "presumption of public access…is generally somewhat lower than the presumption applied to material introduced at trial, or in connection with dispositive motions." *Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019); *see also CRC Ins. Servs., Inc. v. Suh*, No. 22-CV-9528 (AT) (JW), 2025 WL 560749, at *2 (S.D.N.Y. Feb. 19, 2025) (discovery motions are "only entitled to 'modest' weight" because "resolving a discovery motion does not involve analyzing the merits of the claims"). The Opposition and accompanying exhibits discuss information that Perplexity represents should be made under seal. *See* Dkts. 62, 93.

Perplexity therefore respectfully requests that the Court grant it leave to file the Opposition and accompanying exhibits under seal.

Respectfully submitted,

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro
*Counsel for Defendant Perplexity AI, Inc.*

cc: All counsel of record (via ECF)

Application GRANTED.

The Clerk of Court is directed to maintain under seal docket entries 222, 222-1, and 222-2. Further, the Clerk of Court is directed to terminate the pending motion at docket entry 221.

Dated: October 28, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE