UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOW JONES & COMPANY, INC. and NYP HOLDINGS, INC., Plaintiffs, -v.- PERPLEXITY AI, INC., Defendant. | 24 Civ. 7984 (KPF) **ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 29, 2026, the Court filed and provided to the parties an unredacted copy of a Sealed Order resolving the parties' most recent discovery dispute. (Dkt. #218). For the reasons set forth in that Order, Plaintiffs' motion to compel discovery is GRANTED in full.

The Clerk of Court is directed to terminate the pending motion at docket entry 218.

SO ORDERED.

Dated: October 29, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge