SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TX 77002-5096
(713) 651-9366

SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

GLORIA PARK
DIRECT DIAL (212) 729-2029

E-MAIL GPARK@SUSMANGODFREY.COM

November 5, 2026

**Via ECF**

Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: Non-Parties Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc.'s Request for Access to Sealed Order in *Dow Jones & Co., Inc., et al. v. Perplexity AI, Inc.*, No. 24-cv-07984 (S.D.N.Y.)

Dear Judge Failla:

I write on behalf of non-parties Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc. (collectively, "Britannica"), which are plaintiffs in a pending lawsuit against Perplexity AI, Inc. in this District. *See Encyclopaedia Britannica, Inc., et al. v. Perplexity AI, Inc.*, No. 25-cv-7546 (S.D.N.Y.). The *Britannica* case is substantially similar to *Dow Jones*. In both cases, publishers bring the same causes of action (copyright and trademark infringement) against the same defendant (Perplexity) for the same conduct (its "answer engine" that copies and uses publishers' content without authorization). Perplexity also asserts the same defense (fair use) in both cases.

On October 6, 2026, this Court granted Britannica's request for access to the transcript of the September 15, 2026 conference that included the Court's analysis and adjudication of Dow Jones's motion to compel at Dkt. 191. *See* Dkt. 216.

Perplexity has now produced to Britannica all unredacted briefing and supporting documentation related to Dow Jones's motions to compel (Dkts. 191,

218) but has taken the position that Britannica should seek leave from this Court for access to the Sealed Order.

Britannica now respectfully requests that the Court permit Perplexity to immediately produce to Britannica the Court's October 29, 2026 Sealed Order (Dkt. 226) and any other order or document that encapsulates the Court's analysis and adjudication of Dow Jones's follow-on motion to compel (Dkt. 218). We note the Court previously granted similar relief to non-parties Chicago Tribune and The New York Times on October 30, 2026. *See* Dkt. 229.

Britannica will treat all documents to which the Court grants access as Highly Confidential under the protective orders in both the *Dow Jones* and *Britannica* cases (Dkt. 62; *Britannica*, Dkt. 55), without prejudice to Britannica's right to challenge the designation in the future.

Counsel for Dow Jones and Perplexity have confirmed that their clients do not oppose the relief sought in this letter.

We thank the Court for its attention to this matter.

Respectfully submitted,

SUSMAN GODFREY L.L.P.

*/s/ Y. Gloria Park*
Y. Gloria Park

*Attorneys for Encyclopaedia Britannica, Inc. and Merriam-Webster, Inc.*

Application GRANTED. As before, Perplexity may immediately produce to Britannica the Court's October 29, 2026 Sealed Order (Dkt. #226), and any other Order or document that encapsulates the Court's analysis and adjudication of Dow Jones's follow-on motion to compel (Dkt. #218).

Britannica shall treat these documents as Highly Confidential under the protective orders in both the Dow Jones and Britannica cases, without prejudice to Britannica's right to challenge the designation in the future.

Dated: November 6, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE